

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

April 10, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

Courtney Adam Watts
#01733880
Boyd Unit
200 Spur 113
Teague, TX 75860

RE:     Court of Appeals Number:  02-14-00203-CR, 02-14-00204-CR,
                                  02-14-00205-CR
        Trial Court Case Number:  1236670D, 1236671D,
                                  1236802D

Style:  Courtney Adam Watts
        v.
        The State of Texas

A third supplemental clerk's record containing an amended bill of cost has been filed under the date of Friday, April 10, 2015, in the above referenced cases.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Karen Brown, Deputy Clerk

cc:   Scott Brown
      One Museum Place
      3100 West 7th St., Ste. 420
      Fort Worth, TX 76107